**DENIED; Opinion Filed May 7, 2013.**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-13-00563-CV**
**No. 05-13-00564-CV**

_____

**IN RE SENRICK WILKERSON, Relator**

---

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. W10-01183-J, W10-01184-J**

---

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

The Court has before it relator's petitions for writ of mandamus in which he asks us to order the trial court to provide him the arrest records and other documents for several cases. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See Simon v. Levario*, 306 S.W.3d 318, 320–21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex. rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927–28 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we deny relator's petitions for writ of mandamus.

/Lana Myers/

130563F.P05

LANA MYERS
JUSTICE